TOWNSHIP COMMITTEE OF THE TOWNSHIP OF
SOUTH HARRISON, ET AL.

v.

BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY
OF GLOUCESTER, ET AL.

April 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNEY VALENTIN.

May 6, 1986.

Leave to appeal granted.  (See 208 *N.J.Super.* 536)